JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

SALVADOR MORALES-TOLENTINO,

                Petitioner,

                v.

MARKWAYNE MULLIN, Secretary, United States Department of Homeland Security, et al.,

                Respondents.

Case No. 5:26-cv-02306-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corups.

IT IS ADJUDGED that the Petition is granted, and a writ of habeas corpus shall be issued. Respondents are ordered to release Petitioner, unless he is provided with an individualized bond hearing at which the Government must prove by clear and convincing evidence that Petitioner should be detained pending removal proceedings within 7 days. To satisfy that condition, the immigration judge must exercise his or her discretion to make an individualized determination whether

1

Petitioner should be detained based on all relevant facts—including criminal history, immigration history, manner of entry, length of residence, family ties, employment, community connections, compliance with prior orders, and eligibility for relief from removal.  See Matter of Guerra, 24 I. & N. Dec. 37, 40 (BIA 2006).  The immigration judge must also provide a statement of reasons, orally or in writing, for his or her decision.  See 8 C.F.R. § 1003.19(f).  Those reasons must be adequate to permit meaningful review by the BIA (or any other reviewing body) if an appeal is taken by either party.  See 8 C.F.R. § 1003.38.

IT IS FURTHER ADJUDGED that Respondents are to file a statement with the Court within one business day of the date of Petitioner's bond hearing or the date of Petitioner's release, attesting to Respondents' compliance with the Order Granting Petition for Writ of Habeas Corpus.

DATED:  May 27, 2026

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2